1014

THE STATE OF WASHINGTON, *Respondent*, v. BRETT DEAN
JACOBI, *Appellant*.

Appeals from judgments of the Superior Court for Pierce
County, Nos. 98-1-01726-2 and 98-1-01705-0, Rudolph J.
Tollefson, J., entered October 14, 1998. *Affirmed* by unpub-
lished opinion per Houghton, J., concurred in by Arm-
strong, A.C.J., and Hunt, J.


[No. 24081-5-II.   Division Two.   January 28, 2000.]

PAUL L. KING, *Appellant*, v. THE CITY OF VANCOUVER, ET
AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark
County, No. 98-2-02515-1, Roger A. Bennett, J., entered
December 30, 1998. *Affirmed* by unpublished opinion per
Hunt, J., concurred in by Bridgewater, C.J., and Seinfeld, J.


[No. 24083-1-II.   Division Two.   January 28, 2000.]

EARNESTINE SUNDERLAND, ET AL., *Respondents*, v. ALLSTATE
INDEMNITY COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 97-2-09465-3, Rosanne Buckner, J., entered
May 29, 1998. *Reversed* by unpublished opinion per Hunt,
J., concurred in by Bridgewater, C.J., and Seinfeld, J. Now
published at 100 Wn. App. 324.


[No. 24208-7-II.   Division Two.   January 28, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. BRYAN ANDREW
BORST, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 98-8-00924-7, Robert L. Harris, J., entered
December 8, 1998. *Affirmed* by unpublished opinion per
Morgan, J., concurred in by Bridgewater, C.J., and Hough-
ton, J.